UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-CR-00146 |
| VERSUS | JUDGE FOOTE |
| ALEXANDER DERRICK REECE(01) | MAGISTRATE JUDGE HANNA |
| DREW T. GREEN(02) | |
| THOMAS WILLIAM MALONE, JR.(03) | |
| BOYD ANTHONY BARROW(04) | |
| JOSHUA ESPINOZA(05) | |
| CURIOUS GOODS LLC(06) | |
| RICHARD JOSEPH BUSWELL(07) | |
| DANIEL JAMES STANFORD(08) | |
| DANIEL PAUL FRANCIS(09) | |
| BARRY J. DOMINGUE(10) | |

## MINUTES

A telephone scheduling conference was held among the parties and the chambers of the undersigned on October 31, 2012, commencing at 10:00 a.m. and concluding at 10:19 a.m.[1] Participating with the undersigned were Michael Skinner and Todd Foster, for Defendant Reece; Timothy Meche, for Defendant Barrow; Michael Fiser, for Defendant Espinoza; Ian Hipwell, for Defendant Buswell; Daniel Stanford, representing himself; Joseph Lotwick, for Defendant Francis, and Collin Sims, for the Government.

---

[1] Statistical time 19 minutes.

The parties discussed the status of the government's discovery production, and it was confirmed that all have received discs containing the jail telephone recordings ordered to be produced at the recent discovery conference. Mr. Hipwell expressed concern that all of the recorded telephone calls produced were post-indictment materials; no pre-indictment materials have been produced. The government responded that local materials were previously made available for inspection and no parties made inspections. He added that the government is trying to put as much material on a single disc as possible so as not to make unnecessary multiple disc productions. Mr. Sims also indicated that the local materials are not discoverable at this time in any event. When some defendants asked if the invitation to inspect documents is still open, the government indicated it is not. Mr. Sims further clarified that the government maintains its position that it will not produce Jencks-type materials at this time.

The parties remain concerned about discovery deadlines and the slow pace of the court-ordered "rolling" production; the government announced its intention to make another production by November 9, 2012, which will include 20-30,000 pages of documents, including financial records. Based on the positions of the parties, a follow-up telephone conference will be scheduled after November 9,

2012 to consider the express concerns of the parties. A separate Order will be issued to that effect.

Signed at Lafayette, Louisiana, this 2nd day of November, 2012.

_____
Patrick J. Hanna
United States Magistrate Judge