UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00146 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| ALEXANDER DERRICK REECE | * | |
| DREW T. GREEN | * | MAGISTRATE JUDGE HANNA |
| THOMAS WILLIAM MALONE, JR. | * | |
| BOYD ANTHONY BARROW | * | |
| JOSHUA ESPINOZA | * | |
| CURIOUS GOODS, LLC | * | |
| RICHARD JOSEPH BUSWELL | * | |
| DANIEL JAMES STANFORD | * | |
| DANIEL PAUL FRANCIS | * | |
| BARRY L. DOMINGUE | * | |

UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph II(b)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) and (B).

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

11/06/2012
DATE

s/J. Collin Sims
J. COLLIN SIMS, ID# 30727
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: 337-262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00146 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| ALEXANDER DERRICK REECE | * | |
| DREW T. GREEN | * | MAGISTRATE JUDGE HANNA |
| THOMAS WILLIAM MALONE, JR. | * | |
| BOYD ANTHONY BARROW | * | |
| JOSHUA ESPINOZA | * | |
| CURIOUS GOODS, LLC | * | |
| RICHARD JOSEPH BUSWELL | * | |
| DANIEL JAMES STANFORD | * | |
| DANIEL PAUL FRANCIS | * | |
| BARRY L. DOMINGUE | * | |

**CERTIFICATE**

I hereby certify that on November 6, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

                                                  s/J. Collin Sims
                                                  J. COLLIN SIMS
                                                  Assistant United States Attorney