UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00146 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| ALEXANDER DERRICK REECE | * | |
| DREW T. GREEN | * | MAGISTRATE JUDGE HANNA |
| THOMAS WILLIAM MALONE, JR. | * | |
| BOYD ANTHONY BARROW | * | |
| JOSHUA ESPINOZA | * | |
| CURIOUS GOODS, LLC | * | |
| RICHARD JOSEPH BUSWELL | * | |
| DANIEL JAMES STANFORD | * | |
| DANIEL PAUL FRANCIS | * | |
| BARRY L. DOMINGUE | * | |

BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

NOW INTO COURT, comes the United States of America, by and through Stephanie A. Finley, United States Attorney for the Western District of Louisiana and J. Collin Sims, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Superceding Indictment seeks forfeiture of property pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982. The United States hereby gives notice that, in addition to the property

listed in the forfeiture allegations of the Superceding Indictment, the United States is seeking forfeiture of the following additional property:

2005 Heritage Boat Trailer- VIN: 4APKB252751001765

        Respectfully submitted,

        STEPHANIE A. FINLEY
        United States Attorney


        s/J.  Collin Sims
        J.  COLLIN SIMS, ID# 30727
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, LA 70501
        Telephone: 337-262-6618

## CERTIFICATE

I hereby certify that on November 8, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

        s/J.  Collin Sims
        J.  COLLIN SIMS
        Assistant United States Attorney