

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Drew T Green (PrisID: 16050-035 )
F C I - Beaumont Low
P O Box 26020
Beaumont, TX 77720

Case: 6:12-cr-00146 #1312
3 pages printed: Wed Dec 18 14:41:08 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| DANIEL JAMES STANFORD<br>Petitioner | * <br> * <br> * | CRIMINAL NO.: 12-CR-00146-08 |
| | * | DSC NO: _____ |
| versus | * <br> * | |
| UNITED STATES OF AMERICA<br>Respondent | * <br> * | |

## ORDER

UPON CONSIDERATION of Stanford's Second Motion for Extension of Time to File a Reply to the Government's Response,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Stanford shall file his Reply to Rec. Doc. 1305 no later than Tuesday, January 21, 2020.

Lafayette, Louisiana, this 18th day of December, 2019.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

1

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2019 at 2:39 PM CST and filed on 12/18/2019

**Case Name:** USA v. Reece et al

**Case Number:** 6:12-cr-00146-EEF-PJH

**Filer:**

**Document Number:** 1312

**Docket Text:**
ORDER granting [1311] Second Motion for Extension of Time to File Response/Reply re [1292] Amended MOTION to Vacate under 28 U.S.C. 2255 as to Daniel James Stanford (8). Defendant's Reply due by 1/21/2020. Signed by Magistrate Judge Patrick J Hanna on 12/18/2019. (crt,YocumSld, M)