Fifth

*Drew,*
*Note →*
*\* File this in the District Court.*

# United States District Court

**RECEIVED**
MAY 21 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

for the

__Western_____ District of __Louisiana_____

__United States_____, Plaintiff,

v.    Case No. __6:12-CR-00146-EEF-PJH-02__

__Drew T Green_____, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that __Drew T Green Pro Se_____
(name all parties * taking the appeal) in the above named case hereby appeal to the United States
Court of Appeals for the ~~Federal~~ Fifth Circuit __I'm Appealing Document #1315 Denied 2255__
(from the final judgment) ((from an order) (describe the order)) entered in this action on __May 17 20__

__[signature]_____
(Signature of appellant or attorney)

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.